# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA




San Francisco Venue

| UNITED STATES OF AMERICA<br>vs.<br>AARON B. HERNANDEZ | ) ) ) ) ) ) | Docket Number:<br>CR 03-00156-10 WHA |
|---|---|---|

**ORDER TO MODIFY THE CONDITIONS OF SUPERVISED RELEASE**

ON MOTION OF THE PROBATION OFFICER, the Court modifies the conditions of supervised release to include the following:

1- The offender shall complete a residential substance abuse/ mental health treatment program at the direction of the probation officer.

2- The offender shall be released from custody forthwith.

3- The Court sets a further status hearing on May 20, 2014 at 2:00 p.m.

Date: FEB 11 2014

William Alsup
United States District Judge